UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEFFERY HAMM,

                 Plaintiff,

                                                              **ORDER**

   -against-                                                  19-CV-7244 (RRM) (LB)

NYPD,

                 Defendant.
------------------------------------------------------------x
ROSLYNN R. MAUSKOPF, Chief United States District Judge:

      On December 19, 2019, plaintiff Jeffery Hamm commenced this pro se action against the New York City Police Department pursuant to 42 U.S.C. § 1983. In a memorandum and order dated September 28, 2020, (Doc. No. 8), the Court dismissed the complaint and granted Hamm 30 days' leave to file an amended complaint. That memorandum and order expressly warned Hamm that if he did not file an amended complaint within the time allowed, judgment would enter.

      To date, Hamm has failed to file his amended pleading. Accordingly, this action is dismissed without prejudice. *See* 28 U.S.C. § 1915(e)(2)(B). The Clerk of Court is directed to enter judgment in favor of defendant, to mail a copy of that judgment and this order to Hamm, to note the mailing on the docket sheet, and to close this case. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Memorandum and Order would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

                                                                                SO ORDERED.

Dated: Brooklyn, New York
       November 17, 2020                                      *Roslynn R. Mauskopf*
                                                                     _____
                                                                     ROSLYNN R. MAUSKOPF
                                                                     Chief United States District Judge